CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

BRIANNA SMITH
Assistant United States Attorney
Nevada Bar No. 11795
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brianna.smith@usdoj.gov

*Attorneys for Defendant United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Wayne Mayes, as Guardian for Harry Michael Reid; and, Lucille Lagasse,<br><br>            Plaintiff,<br><br>      v.<br><br>The United States of America; DOE Individuals I-X; and, ROE Entities I-X, inclusive,<br><br>            Defendants. | Case No. 2:21-cv-00296-APG-BNW<br><br>**Motion to Withdraw Attorney of Record** |

Defendant United States of America seeks to withdraw Assistant United States Attorney Brian W. Irvin as counsel for this case. Assistant United States Attorney Brianna Smith will remain lead counsel for the United States.

The United States respectfully requests the Clerk of the Court to withdraw Assistant United States Attorney Brian W. Irvin as counsel of record because he will no longer be with the United States Attorney's Office, District of Nevada, and should be terminated from further notification from the Court's CM/ECF system.

…

…

…

1

1     Hereinafter, all parties to the above-referenced case should notify undersigned

2  counsel of any action in this case.

3     Respectfully submitted this 9th day of December 2021.

4                                          CHRISTOPHER CHIOU
                                           Assistant United States Attorney
5

6                                           */s/ Brianna Smith*
                                           BRIANNA SMITH
7                                          Assistant United States Attorney

8

9
                                  **Order**
10
                        **IT IS SO ORDERED**
11
                        **DATED:** 4:25 pm, December 10, 2021
12

13

14                      **BRENDA WEKSLER**
                        **UNITED STATES MAGISTRATE JUDGE**
15

16

17

18

19

20

21

22

23

24

25

26

27

28