JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

SUMMER A. JOHNSON
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Email: Summer.Johnson@usdoj.gov

*Attorneys for Defendant United States of America*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Lucille Lagasse, as Guardian for Harry Michael Reid; and, Lucille Lagasse,<br><br>Plaintiff,<br>v.<br><br>The United States of America; DOE Individuals I-X; and ROE Entities I-X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00296-APG-BNW<br><br>**STIPULATION AND  ORDER RE FRCP RULE 35 EXAMINATION OF PLAINTIFF HARRY MICHAEL REID**<br><br>**(CORRECTED)** |

IT IS HEREBY STIPULATED by and between Plaintiff LUCILLE LAGASSE, as Guardian for Harry Michael Reid, and Defendant UNITED STATES OF AMERICA through their respective attorneys of record as follows:

1.     Plaintiff, Harry Michael Reid will undergo a neuropsychological examination conducted by Ari Kalechstein, Ph.D. A copy of Dr. Kalechstein's curriculum vitae is attached as Exhibit A.

2.     The examination will occur on February 9, 2024 at 8:30 a.m. at 501 Las Vegas Blvd, South, Suite 1100, Las Vegas, Nevada 89101. The examination will take a maximum of 8 hours to complete. The examination will end immediately on or before the 8 hour mark. The 8 hours will not include comfort or meal breaks taken during the examination period.

3.      No other persons shall be present during the examination other than Plaintiff Harry Michael Reid, Dr. Kalechstein, and members of his staff.

4.      Dr. Kalechstein shall not physically examine Plaintiff or provide opinions in fields that are outside the area of his expertise.

5.      Dr. Kalechstein will not conduct any diagnostic tests or procedures that are painful, protracted, intrusive, or unreasonably invasive, nor conduct any diagnostic imaging.

6.      The examination will consist of one session, which will include: (1) a clinical interview with Plaintiff Harry Michael Reid to discuss the following: his clinical situation and obtain a bio-psycho-social history, including Plaintiff's recent and past personal, family, social, developmental, substance-abuse, medical, psychiatric, educational, occupational, relationship, trauma and legal histories; and (2) standard cognitive testing, which may include the following:   b–test; Auditory Consonant Trigrams; Boston Diagnostic Aphasia Exam and/or Western Aphasia Battery; Brief Visuospatial Memory Test – Revised; California Verbal Learning Test – 2 or 3; Continuous Performance Test – 2 or 3; Controlled Oral Word Association Test; Delis-Kaplan Executive Functioning System; Dot Counting Test; Finger Tapping Test; Grooved Pegboard Test; Judgment of Line Orientation; Minnesota Multiphasic Personality Inventory-2 or 2-RF or 3; Personality Assessment Inventory; Rey Auditory Verbal Learning Test; Rey–Osterrieth Complex Figure Test; Ruff Figural Fluency Test; Scholastic Abilities Test for Adults (SATA); Selective Reminding Test; Stroop Test; Symbol Digit Modalities Test; TOMM; Trailmaking Test-Parts A and B; Victoria Symptom Validity Test; Wechsler Adult Intelligence Scale – III or IV; Wechsler Memory Scale – III or IV; Wisconsin Card Sorting Test; Woodcock–Johnson Tests of Academic Achievement – IV. Not all of the evaluation tools may be administered and will be determined by Dr. Kalechstein at the time of the examination.

///

///

7.      No other testing besides those listed above will be conducted.

8.      Dr. Kalechstein and Plaintiff Harry Michael Reid will be the sole persons participating in the examination. Dr. Kalechstein will digitally audio record the session in its entirety. Plaintiff may voice-record the clinical interview and may leave with the recording in his possession. Plaintiff may voice record the test-administration but must turn over the recording to Dr. Kalechstein who will place the recording of the test-administration in an envelope, seal it, and have Plaintiff sign it. Dr. Kalechstein will send the unopened enveloped to Plaintiff's identified expert.

9.      Medical billing, medical records, and diagnostic films have been produced during litigation. To the extent Dr. Kalechstein needs to review these records, Defendant will be responsible for providing them to Dr. Kalechstein prior to the examination. Plaintiff shall not bring any medical records, medical bills or diagnostic imaging to the examination.

10.      Within four (4) weeks of the examination, or on the date of the expert disclosure, whichever occurs earlier, the examiner shall provide to Defendant's counsel a written report of the examination, including results of all tests, diagnoses and conclusions.

11.      Defendant shall produce a report prepared by Dr. Kalechstein to Plaintiff's counsel within thirty (30) days of the examination, or in accordance with the applicable Discovery Scheduling Order, whichever comes first.

12.      Dr. Kalechstein will produce a copy of his file upon request of Plaintiff's counsel, in accordance with the professional guidelines for psychologists.

13.      Dr. Kalechstein will not speak with or attempt to engage any family member or friend who may accompany the Plaintiff to the examination. Plaintiff understands that no family member and/or friend shall be present while any portion of the evaluation is being conducted.

14.      Dr. Kalechstein will receive a copy of this executed Stipulation prior to the examination.

15.      Plaintiff shall not pay or incur any fee associated with the examination.

16.      The cost of this examination shall be borne by the United States.

17.     The parties agree and stipulate that the exam is being conducted pursuant to FRCP 35 and the parties and examiner agree to comply with the provisions of FRCP 35.

**IT IS SO STIPULATED.**

Dated this 6th day of February 2024

CLOSE LAW GROUP

/s/ *Jason Close*
_____
JASON A. CLOSE, ESQ.

*Attorneys for Plaintiffs*

Dated this 6th day of February 2024

THE LAW OFFICE OF EGLET
ADAMS EGLET HAM HENRIOD

/s/ *Artemus W. Ham*
_____
ROBERT T. EGLET, ESQ.
ROBERT M. ADAMS, ESQ.
ARTEMUS W. HAM, ESQ.
CASSANDRA S.M. CUMMINGS, ESQ.
ASHLEY E. KABINS, ESQ.
ASHLEY B. GUGINO, ESQ.

*Attorneys for Plaintiffs*

Dated this 6th day of February 2024

JASON M. FRIERSON
United States Attorney

/s/ *Summer A. Johnson*
_____
SUMMER A. JOHNSON
Assistant United States Attorney

*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED**:

_____
HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

DATED:  2/6/2024  _____

4

### Index of Exhibits

Exhibit A …………… Ari Kalechstein, Ph.D., Curriculum Vitae

# Exhibit A

Ari Kalechstein, Ph.D.

Curriculum Vitae



EXECUTIVE
Mental Health

11835 W Olympic Blvd.
Suite 1265E
Los Angeles, CA 90064

P: (310) 273-4843
F: (310) 273-5056

www.emhla.com

## CURRICULUM VITAE: Ari Kalechstein, Ph.D.

### PROFESSIONAL EMPLOYMENT:

| | |
|---|---|
| 7/1999 – 7/2003 | UCLA School of Medicine, Assistant Research Psychologist, Department of Psychiatry and Biobehavioral Sciences |
| 8/2003 – 6/2009 | David Geffen School of Medicine at UCLA, Associate Research Psychologist, Department of Psychiatry and Biobehavioral Sciences |
| 6/2009 – present | Baylor College of Medicine, Adjunct Associate Professor, The Menninger Department of Psychiatry and Behavioral Sciences |
| 8/1996 – present | Private practice, President, Ari Kalechstein, Ph.D., and Associates/Executive Mental Health, Inc. |

### EDUCATION:

| | |
|---|---|
| 1996 – 1999 | UCLA Neuropsychiatric Institute, Postdoctoral Fellow in Substance Abuse |
| 1995 – 1997 | UCLA Neuropsychiatric Institute, Postdoctoral Fellow in Neuropsychology |
| 1994 – 1995 | VA Medical Center West Los Angeles, Intern in Clinical Psychology |
| 1992 – 1995 | Emory University, Ph.D. in Clinical Psychology |
| 1989 – 1991 | Emory University, M.A. in Clinical Psychology |
| 1983 – 1988 | California State University, Northridge, B.A., Psychology |

### PRE-DOCTORAL PROFESSIONAL TRAINING:

VA Medical Center, West Los Angeles, CA

Patton State Hospital, Redlands, CA

Emory University Neurobehavioral Program, Atlanta, GA

Wesley Woods Geriatric Hospital, Atlanta, GA

Grady Hospital, Atlanta, GA

Emory University Psychology Center, Atlanta, GA

## CERTIFICATION

Certificate of Professional Qualification in Psychology from Association of State and Provincial Psychology Boards

Los Angeles Superior Court Expert Witness Panel (2011 – 2014)

## ACADEMIC AWARDS AND HONORS:

Co-chief Postdoctoral Fellow in Neuropsychology (9/96 – 9/97).

National Institute of Drug Abuse Director's Travel Award for 50th Conference for College on Problems of Drug Dependence (6/00).

National Institute of Mental Health funded Postdoctoral Fellow in Substance Abuse (9/96 – 6/99).

Emory University full tuition scholarship and research fellowship (8/89 – 5/94).

Graduated cum laude C.S.U., Northridge (5/88).

Dean's List

Los Angeles Business Journal – 2022 – Finalist

- Innovator of the Year
- Telehealth program of the year

## PROFESSIONAL LICENSURE:

Licensed Psychologist (Clinical) in the following states:

Alaska (License – 150137); awarded on 07/27/2020

California (License – PSY14872): awarded in 8/1996

Nevada (License – PY0444): awarded in 8/2002

Virginia (License – 0810006372); awarded on 12/05/2019

## PROFESSIONAL MEMBERSHIPS:

International Neuropsychological Society

National Academy of Neuropsychology

## BOARD MEMBERSHIPS

Expert Reviewer, Board of Psychology, State of California

Examiner, Medical Board, State of California

**COMMITTEE MEMBERSHIPS**:

Consulting editor for the following journal:

*Journal of Clinical and Experimental Neuropsychology*

Guest editor:

*Frontiers in Psychology*

Ad hoc reviewer for the following journals:

*Addiction*

*Addictive Behaviors*

*AIDS and Behavior*

*American Journal of the Addictions*

*American Journal of Drug and Alcohol Abuse*

*Applied Neuropsychology*

*Archives of General Psychiatry*

*Clinical Medicine Insights*

*Clinical Neuropsychologist*

*CNS Spectrum*

*Current Alzheimer's Research*

*Drug and Alcohol Dependence*

*Frontiers in Behavioral Neuroscience*

*Frontiers in Psychiatry*

*Human Psychopharmacology: Clinical and Experimental*

*International Journal of Neuropsychopharmacology*

*Journal of Addiction Research and Therapy*

*Journal of Clinical and Experimental Neuropsychology*

*Journal of Neuropsychiatry and Clinical Neurosciences*

*Journal of Gambling Studies*

*Neuropsychology*

*Neuropsychopharmacology*

*Pediatrics*

**COMMITTEE MEMBERSHIPS (cont.)**:

Ad hoc reviewer for the following journals (cont.):

*Progress in Neuropsychopharmacology and Biological Psychiatry*

*Psychiatry Research*

*Psychological Assessment*

*Psychology of Addictive Behaviors*

*Psychopharmacology*

*Scientific World Journal*

*Substance Abuse Treatment, Prevention, and Policy*

Ad hoc reviewer for the following facility:

Centinela Hospital staff privileges committee

Ad hoc reviewer for National Institute on Drug Abuse:

Special Emphasis Panel/Scientific Review Group 2007/05 ZDA1 MXS-M (26)

American Recovery and Reinvestment Act 2009/Stage I reviewer/Biobehavioral Regulation, Learning, and Ethology Study Section

Bioethics committee, Hollywood Presbyterian Medical Center, 2011 – 2014

**HOSPITAL STAFF MEMBERSHIPS**:

UCLA Medical Center (privileges received on case-by-case basis)

**GRANT SUPPORT**:

1.  Kalechstein, Ari D. (Principal Investigator). *Neuropsychological Sequelae of Long-term Methamphetamine Use.* Awarded by VAMC West Los Angeles Medication Development Research Unit.

2.  Kalechstein, Ari D. (Co-Investigator). *The HPA Axis and Cue Reactivity in Methamphetamine Dependent Individuals*. Awarded by UCLA Neuropsychiatric Institute. (Dates: 1999-2000).

3.  Kalechstein, Ari D. (Principal Investigator). *Methamphetamine as a Risk Factor for Neuropsychological Impairment in HIV-Seropositive Asymptomatic Individuals*. Awarded by Universitywide AIDS Research Program (1999-2000).

Curriculum vitae: Ari Kalechstein, Ph.D.
Date: 08/25/2022
Page: 5

## GRANT SUPPORT (cont.):

4.  Kalechstein, Ari D. (Co-Investigator). *Clinical Trials: Operations Unit*. Awarded by the National Institute on Drug Abuse (2000-2005): Total Award: ~$20,000,000.

5.  Kalechstein, Ari D. (Co-Investigator): Clinical Research Education for Drug Abuse Professionals. Awarded by the National Institute on Drug Abuse (2002-2007).

6.  Kalechstein, Ari D. (Co-Investigator): Annenberg Foundation Grant: UCLA Gambling Studies Program.

7.  Kalechstein, Ari D. (Principal Investigator). *Methamphetamine Dependence*: *Treating Neurocognitive Impairment*. Awarded by National Institute on Drug Abuse (2005 – 2006).

8.  Kalechstein, Ari D. (Principal Investigator). *Methamphetamine Dependence*: *Treating Neurocognitive Impairment*. Awarded by National Institute on Drug Abuse via P20 mechanism (2007 – 2008).

9.  Kalechstein, Ari D. (Co—investigator). *Rivastigmine as a Potential Treatment for Methamphetamine Addiction*. Awarded by National Institute on Drug Abuse (2008 – 2011).

10. Kalechstein, Ari D. (Co—investigator). *Cycloserine Enhancement of Extinction Learning*. Awarded by National Institute on Drug Abuse (2008 – 2009).

11. Kalechstein, Ari D. (Co—investigator). *Rivastigmine and Huperzine A as Potential Treatments for Cocaine Addiction*. Awarded by National Institute on Drug Abuse (2009 – 2013).

12. Kalechstein, Ari D. (Co—investigator). *Exercise as a Behavioral Treatment for Cocaine Dependence*. Awarded by National Institute on Drug Abuse (2011 – 2012).

13. Kalechstein, Ari D. (Co—investigator). *Varenicline as a Treatment for Methamphetamine Dependence*. Awarded by National Institute on Drug Abuse (2009 – 2013).

14. Kalechstein, Ari D. (Co—investigator). *Stimulant Pharmacotherapy: Noradrenergic Targets*. Awarded by National Institute on Drug Abuse (2009 – 2014).

15. Kalechstein, Ari D. (Co—investigator). *Modafinil and Escitalopram for Cocaine Dependence*. Awarded by National Institute on Drug Abuse (2009 – 2014).

16. Kalechstein, Ari D. (Consultant). *Trauma Recovery Center*. Awarded by the California Crime Victim Compensation Board (2021 – 2023).

Curriculum vitae: Ari Kalechstein, Ph.D.
Date: 08/25/2022
Page: 6

## RESEARCH PUBLICATIONS:

1.  Cochran, S., Keidan, J., Kalechstein, A. (1990). Sexually transmitted diseases and acquired immunodeficiency syndrome (AIDS): Changes in risk reduction behaviors among young adults. *Sexually Transmitted Diseases*, *17*, 80-86.

2.  Kalechstein, A., & Nowicki, S., Jr. (1994). Social learning theory and the prediction of individual differences in achievement in telemarketers. *Journal of Social Psychology, 134*, 547-548.

3.  Goldstein, F., Levin, H., Roberts, V., Goldman, W., Kalechstein, A., Winslow, M., & Goldstein, S. (1996). Neuropsychological effects of closed head injury in older adults: A comparison with Alzheimer's Disease. *Neuropsychology*, *10*, 147-154.

4.  Kalechstein, A., & Nowicki, S., Jr. (1997). A meta-analytic examination of the relationship between control expectancies and academic achievement: An 11-year follow-up to Findley and Cooper. *Genetic, Social, and General Psychology Monographs*, *129*, 29-59.

5.  Van Gorp, W. G., Kalechstein, A. D., Moore, L. H., Hinkin, C. H., Mahler, M. E., Foti, D., & Mendez, M. (1997). A clinical comparison of two forms of the Card Sorting Test. *The Clinical Neuropsychologist*, *11*, 155-160.

6.  Rapport, L., Axelrod, B., Thiesen, M., Brines, D., Kalechstein, A., & Ricker, J. (1997). The relationship of IQ to verbal learning and memory: Test and retest. *Journal of Clinical and Experimental Neuropsychology*, *17*, 655-666.

7.  Kalechstein, A., van Gorp, W. G., & Rapport, L. (1998). Variability in clinical classification of raw test scores across normative data sets. *The Clinical Neuropsychologist*, *12*, 339-347.

8.  Kalechstein, A., Hinkin, C., van Gorp, W., Castellon, S., & Satz, P. (1998). Depression affects procedural but not episodic memory. *Journal of Clinical and Experimental Neuropsychology*, *20*, 529-535.

9.  Kalechstein, A., & van Gorp, W. G. (1998). Outcomes Assessment for Forensic Neuropsychology: Recommendations and Considerations. *Applied Neuropsychology*, *5*, 202-208.

10. Goldstein, F., Levin, H., Goldman, W., Kalechstein, A., Clark, A. (1999). Cognitive and behavioral sequelae of closed head injury in older adults according to their significant others. *Journal of Neuropsychiatry and Clinical Neurosciences*, *11*, 38-44.

11. Uslaner, J., Kalechstein, A, Richter, T, Ling, W, & Newton, T. (1999). Association of depressive symptoms during abstinence with the subjective high produced by cocaine. *American Journal of Psychiatry*, *156*, 1444-1446.

## RESEARCH PUBLICATIONS (cont.):

12. Newton, T., A., Kalechstein, A., Beckson, M., Bartzokis, G., Lindholm, J., Bridge, P., & Ling, W. (1999). Effects of selegeline pretreatment on response to experimental cocaine administration. *Psychiatry Research, 87, 101-106.*

13. Van Gorp, W. G., Humphrey, L. A., Kalechstein, A. D., McMullen, W., Brumm, V., & Stoddard, M. (1999). Identifying malingerers of neurocognitive impairment using traditional neuropsychological instruments. *Journal of Clinical and Experimental Neuropsychology*, 21, 245-250.

14. Kalechstein, A., Newton, T. F., Longshore, D., van Gorp, W. G., Anglin, M.D., & Gawin, F. H. (2000). Psychiatric comorbidity in methamphetamine abusers. *Journal of Neuropsychiatry and Clinical Neurosciences,* 12, 480-484.

15. Newton, T., A., Kalechstein, A., Uslaner, J. M., Tervo, K. E., & Ling, W. (2001). Risperidone reduces the euphorigenic effects of experimentally administered cocaine. *Psychiatry Research, 102,* 227-233.

16. Kalechstein, A.D., Newton, T. F., & Leavengood, A.H. (2002). Apathy syndrome in cocaine dependence. *Psychiatry Research, 109,* 97 – 100.

17. Newton, T. F., Cook, I. A., Kalechstein, A. D., Duran, S. D., Monroy, F., Ling, W. & Leuchter, A. F. (2003). Quantitative EEG Abnormalities in Recently Abstinent Methamphetamine Dependent Individuals. *Clinical Neurophysiology, 114,* 410 – 415.

18. Newton, T. F., Kalechstein, A. D., & Tervo, K. E., & Ling, W. (2003). Irritability following abstinence from cocaine predicts euphoric effects of cocaine administration. *Addictive Behaviors, 28,* 817 – 821.

19. Kalechstein, A.D., Newton, T. F., & Green, M. F. (2003). Methamphetamine dependence is associated with neurocognitive impairment in the initial phases of abstinence. *Journal of Neuropsychiatry and Clinical Neurosciences, 15,* 210 – 215.

20. Kalechstein, A. D., Newton, T. F., & van Gorp, W. G. (2003). A meta-analytic review of the association between neuropsychological profile and vocational outcomes. *Journal of Clinical and Experimental Neuropsychology, 25,* 1186 – 1191.

21. Newton, T. F., Kalechstein, A.D., Hardy, D. J., Cook, I. A., Nestor, L., Ling, W. & Leuchter, A. F. (2004). Quantitative EEG Abnormalities are Associated with Memory Impairment in Methamphetamine Dependence: Preliminary Findings *Clinical Neurophysiology, 115,* 194 – 198.

## RESEARCH PUBLICATIONS (cont.):

22. Newton, T. F., Kalechstein, A. D., Duran, S. D., van Sluis, N., & Ling, W. (2004). Methamphetamine Abstinence Syndrome: Preliminary Findings. *American Journal of Addiction, 13,* 248 – 255.

23. Kalechstein, A. D., and van Gorp, W. G. (2005). Threats to the interpretation and conveyance of forensic neuropsychological results. *Journal of Forensic Neuropsychology,* 67 – 77.

24. De La Garza, R., Newton, T. F., Kalechstein, A. D., & Ling, W. (2005). Risperidone diminishes cocaine-induced craving. *Psychopharmacology, 78,* 347 – 350.

25. Newton, T. F., Kalechstein, A D., De La Garza, R., II, & Cutting, D., & Ling, W. (2005). Apathy predicts hedonic but not craving response to cocaine. *Pharmacology, Biochemistry, and Behavior, 82,* 236 – 240.

26. Newton, T. F., De La Garza, R., II, Kalechstein, A. D., & Nestor, L., (2005). Cocaine and Methamphetamine Produce Different Patterns of Subjective and Cardiovascular Effects. *Pharmacology, Biochemistry, and Behavior*, 82, 90 - 97.

27. Kalechstein, A. D., Newton, T.F., De La Garza, R., II & Mahoney, J. (2007). The neurocognitive consequences of recreational MDMA use: A meta-analytic review. *Psychopharmacology, 189,* 531 – 537.

28. Kalechstein, A. D., Fong, T. W., Newton, T.F., De La Garza, R., II & Rosenthal, R. (2007). Pathological Gamblers Demonstrate Frontal Lobe Impairment: Preliminary Findings. *Journal of Neuropsychiatry and Clinical Neurosciences*, *19,* 298 – 303.

29. Mahoney, J. J., III, Kalechstein, A. D., De La Garza, R., II, & Newton, T. F. (2007). Priming occurs following experimental cocaine administration: A meta-analytic review. *Progress in Neuro-Psychopharmacology & Biological Psychiatry*, *31*, 593 – 599.

30. Fong, T. F., Kalechstein, A.D., Bernhard, B., Rosenthal, R., & Rugle, L. (2008). A double-blind, placebo-controlled trial of olanzapine for the treatment of video poker pathological gamblers. *Pharmacology, Biochemistry, and Behavior, 89,* 298 – 303.

31. Mahoney, III, J.J., Kalechstein, A.D., De La Garza, II, R., Newton, T.F. (2008). Presence and persistence of psychotic symptoms in methamphetamine- versus cocaine-dependent participants. *American Journal of the Addictions, 17,* 83 – 98.

32. Kalechstein, A. D., Jentsch, J. D., & Kantak, K. (2008). Stimulant–Associated Cognitive Abnormalities: Mechanisms and Impact on Reward-Related Behavior and Addiction. *Drug and Alcohol Dependence*, 97, 276 – 280.

Curriculum vitae: Ari Kalechstein, Ph.D.
Date: 08/25/2022
Page: 9

## RESEARCH PUBLICATIONS (cont.):

33. Newton, T. F., De La Garza, R., II, Kalechstein, A. D., Tsiortzis, D. & Jacobsen, C. A. (2009). Theories of Addiction: Methamphetamine Users' Explanations for Continuing Drug Use and Relapse. *American Journal of the Addictions, 18*, 294—300.

34. Kalechstein, A.D., Newton, T. F., Green, M. F., Cook, I. A., & Leuchter, A. F. (2009). Quantitative EEG Abnormalities are Associated with Memory Impairment in Methamphetamine Dependence. *Journal of Neuropsychiatry and Clinical Neurosciences*, 21, 254 – 258.

35. De La Garza, R., II , Ashbrook, L.H., Evans, S. E., Jacobsen, C.A., Kalechstein, A. D., & Newton, T. F. (2009). Influence of stress imagery on anxiety and desire for cocaine in non—treatment seeking cocaine—addicted volunteers. *American Journal of the Addictions, 18,* 481 – 487.

36. Dean, A. C., London, E. D., Sugar, C. A., Kitchen, C. M., Swanson, A. N., Heinzerling, K. G., Kalechstein, A. D., & Shoptaw, S. S. (2009). Predicting adherence to treatment for methamphetamine dependence for neuropsychological and drug use variables. *Drug and Alcohol Dependence, 105,* 48 – 55.

37. Harwood, D.G., Kalechstein, A.D., Barker, W.W., St. George-Hyslop, P., & Duara, R. (2009). Substance use and age of onset for Alzheimer's disease. *International Journal of Geriatric Psychiatry, 25*, 511—518.

38. Kalechstein, A.D., De La Garza, R., II, & Newton, T. F., (2010). Modafinil administration improves working memory in methamphetamine-dependent individuals who demonstrate baseline impairment. *American Journal of the Addictions*, 19, 340—344.

39. Mahoney, J. J., III, Hawkins, R. Y., De La Garza, R., II, Kalechstein, A. D., & Newton, T. F. (2010). The relationship between gender and psychotic symptoms in cocaine-dependent and methamphetamine-dependent participants. *Gender Medicine*, 27, 414—421.

40. Mahoney, J . J, III, Jackson, B. J., Kalechstein, A. D., De La Garza, R., & Newton, T. F. (2011). Acute, low-dose methamphetamine administration improves attention/information processing speed and working memory in methamphetamine-dependent individuals. *Progress in Neuro-Psychopharmacology & Biological Psychiatry*, 35, 459—465.

41. Tziotoris, D., Mahoney, J . J, III, Kalechstein, A. D., Newton, T. F., & De La Garza, R. (2011). The relationship between impulsivity and craving in cocaine- and methamphetamine dependent volunteers. *Pharmacology Biochemistry and Behavior, 98*, 196 – 202.

### RESEARCH PUBLICATIONS (cont.):

42.  Kalechstein, A.D., Yoon, J. H., Croft, D.E., Jaeggi, S., & De La Garza, R., II. (2011). Low—dose, short—term rivastigmine administration does not affect neurocognition in methamphetamine dependent individuals. *Pharmacology Biochemistry and Behavior, 99*, 423 – 427.

43.  Mahoney, J . J, III, Jackson, B. J., Kalechstein, A.D., De La Garza, R., II, Chang, L., & Newton, T. F. (2012). Acute modafinil exposure reduces daytime sleepiness in abstinent methamphetamine—dependent volunteers. *International Journal of Neuropsychopharmacology, 4*, 1 – 9.

44.  Kalechstein, A.D., Yoon, J. H., Croft, D.E., Newton, T. F., & De La Garza, R., II. (2012). Effects of D-cycloserine on neurocognition in cocaine and nicotine dependent individuals. *Pharmacology Biochemistry and Behavior, 103,* 403 – 407.

45.  Kalechstein, A.D., Yoon, J. H., Mahoney, J. J., & De La Garza, R., II. (2013). Modafinil, but not modafinil and sertraline, administration is associated with improved working memory in long—term, high—dose cocaine users. *Neuropharmacology, 64,* 974 – 979.

46.  Mahoney, J . J, III, Kalechstein, A.D., Verrico, C. D., Arnoudse, B. A., Shapiro, B., & De La Garza, R., II. (2014). Preliminary findings of the effects of rivastigmine, an acetylcholinesterase inhibitor, on working memory cocaine-dependent volunteers. *Progress in Neuropsychopharmacology and Biological Psychiatry, 50,* 137 – 142.

47.  Kalechstein, A.D., Mahoney, J. J., III, Verrico, C. D., & De La Garza, R., II. (2014). Short-term, low-dose varenicline administration enhances information processing speed in methamphetamine-dependent users. *Neuropharmacology, 85,* 493-498.

48.  Mahoney, J. J, III, Kalechstein, A.D., DMarco, A. P.,Newton, T. F., & De La Garza, R., II. (2017). The relationship between premorbid IQ and neurocognitive functioning in individuals with cocaine use disorders. *Neuropsychology, 31,* 311-318.

49.  Mahoney, J . J, III, Kalechstein, A.D., Newton, T. F., & De La Garza, R., II. (2017). Cocaine use patterns do not impact neurocognitive functioning in individuals with cocaine use disorder. *Journal of Psychopharmacology, 31,* 989-995.

50.  Nowicki, S. Iles-Craven, Y., Kalechstein, A., & Golding, J. (2021). Editorial: Locus of Control: Antecedents, Consequences, and Interventions Using Rotter's Definition. *Frontiers of Psychology*, *12*, 1-3.

## PUBLICATIONS – NOT PEER REVIEW:

1. Kalechstein, A. D. (2020).  How a mental health practice switched to telehealth. *Healthcare Global (online)*; https://www.healthcareglobal.com/telehealth-and-covid-19/how-mental-healthcare-practice-switched-telehealth.

2. Kalechstein, A. D. (2020).  Leading through a crisis: 5 factors for success.  *Sales and Marketing Management (print and online)*; https://salesandmarketing.com/content/leading-through-crisis-5-factors-success.

3. Kalechstein, A. D. (2020).  Shut Out of Nursing Facilities, a Post-Acute Mental Health Practice Pivots to Virtual on the Fly.  *Skilled Nursing News (Newsletter and Online)*;  https://skillednursingnews.com/2020/09/shut-out-of-nursing-facilities-a-post-acute-mental-health-practice-pivots-to-virtual-on-the-fly/

4. Kalechstein, A. D. (2020).  Technologies and strategies to maintain productivity during telehealth transition.  *Health IT News (online)*; https://www.healthcareitnews.com/news/technologies-and-strategies-maintain-productivity-during-telehealth-transition.

5. Kalechstein, A. D. (2021).  Executive Outlook 2021: Redefining the Relationship Between Nursing Homes, Physicians.  *Skilled Nursing News (Newsletter and Online)*;  https://skillednursingnews.com/2021/01/executive-outlook-2021-redefining-the-relationship-between-nursing-homes-physicians/

6. Kalechstein, A. D. (2021).  How COVID-19 affects the brain and what to do about it. *McKnight's Long-Term Care News*; https://www.mcknights.com/marketplace/marketplace-experts/how-covid-19-affects-the-brain-and-what-to-do-about-it/

7. Kalechstein, A. D. (2021).  Dr. Ari Kalechstein of Executive Mental Health: Five things you need to be a highly effective leader during turbulent times; https://medium.com/authority-magazine/dr-ari-kalechstein-of-executive-mental-health-five-things-you-need-to-be-a-highly-effective-5407cce7458b

8. Kalechstein, A. D. (2021).  SNF Patients Face Increasingly Complex Problems – And Operators Need to Plan Accordingly; *Skilled Nursing News (Newsletter and Online)*;  https://skillednursingnews.com/2021/06/snf-patients-face-increasingly-complex-problems-and-operators-need-to-plan-accordingly

## BOOK REVIEWS

1.  Kalechstein, A. D. (2008). Unmasking deception. *Journal of Clinical and Experimental Neuropsychology, 30,* 734 – 737.

2.  Kalechstein, A. D. (2009). A neuroeconomics text stimulated my medial forebrain bundle. *Journal of Gambling Studies (in press).*

3.  Kalechstein, A. D., & Van Gorp, W. G. (2009). Unmasking deception – redux. *Applied Neuropsychology, 16,* 234 – 236.

4.  Kalechstein, A. D. (2010). Midbrain Mutiny: The Picoeconomics and Neuroeconomics of Disordered Gambling. *Journal of Gambling Studies, 23,* 179—18

## CHAPTERS AND BOOKS:

1.  Anglin, M. D., Kalechstein, A. D., Maglione, M. M., Annon, J., Fiorentine, R. (1997). Methamphetamine abuse epidemiology and treatment in California: A regional report.

2.  Kalechstein, A. D., van Gorp, W. G., & Newton, T. F. (1999). Differential diagnosis in individuals infected with HIV. In J. Ricker (Ed.). <u>Differential Diagnosis in Adult Neuropsychological Assessment</u>. New York, NY: Springer-Verlag Publishing Company.

3.  Kalechstein, A. D., van Gorp, W. G., & Zelen, G. (2004). Application of neuropsychological assessment in a forensic setting. In J. Lowinson, P. Ruiz, R. B. Millman, and J. G. Langrod (Eds.). Substance Abuse: A Comprehensive Textbook. (4th ed.). New York, NY: Lippincott, Williams, & Wilkins.

4.  Kalechstein, A. D., & van Gorp, W. G. (2007). <u>Neuropsychology and Substance Use: State of the Art and Future Directions</u>. Boston, MA: Taylor and Francis Publishers.

5.  Kalechstein, A. D., and Newton, T. F. (2007). Methamphetamine. In A. Kalechstein and W. van Gorp (Eds.). <u>Neuropsychology and Substance Use: State of the Art and Future Directions</u>. Boston, MA: Taylor and Francis Publishers.

6.  Kalechstein, A. D., Fantegrossi, W. F., Cowan, R., and Mahoney, J. J.. (2007). MDMA. In A. Kalechstein and W. van Gorp (Eds.). <u>Neuropsychology and Substance Use: State of the Art and Future Directions</u>. Boston, MA: Taylor and Francis Publishers.

7.  Harwood, D. G., Sultzer, D., & Kalechstein, A. D. (2007). Substance use and aging. In A. Kalechstein and W. van Gorp (Eds.). <u>Neuropsychology and Substance Use: State of the Art and Future Directions</u>. Boston, MA: Taylor and Francis Publishers.

## CHAPTERS AND BOOKS (cont.):

8. Monterosso, J., Kalechstein, A. D., & Cordova, X. (2007). If Only the Hangover Preceded Intoxication: An Integration of Behavioral Economic and Neuropsychological Approaches to Impulsive Choice. <u>Neuropsychology and Substance Use: State of the Art and Future Directions</u>. Boston, MA: Taylor and Francis Publishers.

9. Kalechstein, A. D., De La Garza, R., Newton, T. F. (2009). Treatment for Addiction. In R. E. Rakel and E. T. Bope (Eds.). *Conn's Current Therapy 2010*. Toronto, Ontario, Canada: Saunders Book Company.

10. Van Gorp, W. G., Kalechstein, A. D., & Scheiner, D. (2011). Neuropsychological effects of substance abuse in adolescents. In D. De Crisce and P. Billick (Eds.). *Clinical Handbook of Adolescent Addictions*. Toronto, Ontario, Canada: John Wiley & Sons, Ltd.

11. De La Garza, R., & Kalechstein, A. D. (2011). Pharmacotherapeutic approaches to cocaine and methamphetamine dependence. In C. Haile, T. F. Newton, R. De La Garza, II, and T. Kosten (eds.). *Advances in Treatment for Stimulant Dependence*. Arlington, Virginia: American Psychiatric Publishing.

## PRESENTATIONS AND PROFESSIONAL MEETINGS:

1. Kalechstein, A., Triplett, J., Rolfe, E., Rotstein, K., & Cochran, S. (1988). Little white lies: Sexual dishonesty among college students. Presented at the 37th Annual Meeting of the Western psychological Association, San Francisco, CA.

2. Cochran, S., Keidan, J., Kalechstein, A. (1989). Sexually transmitted diseases: Changes in risk behavior among young adults. Presented at the 98th Annual Meeting of the American Psychological Association, New Orleans, LA.

3. Baum, K., Kalechstein, A. (1993). Date rape prevalence and response. Presented at the Fourth Annual meeting of the American Psychological Society, Chicago, IL.

4. Kalechstein, A., Nowicki, S., Jr. (1993). Social learning theory and the prediction of individual differences in achievement. Presented at the Fourth Annual Meeting of the American Psychological Society, Chicago, IL.

5. Goldstein, F., Levin, H., & Kalechstein, A. (1993). Cognitive and behavioral sequelae of closed head injuries in older adults according to their significant others. Presented at the International Neuropsychological Society 16th European Conference.

6. Goldstein, F., Levin, H., Roberts, V., & Kalechstein, A. (1995). Neuropsychological features of older adults with closed head injury or Alzheimer's Disease. Presented at the 23rd Annual Meeting of the International Neuropsychological Society.

## PRESENTATIONS AND PROFESSIONAL MEETINGS (cont.):

7.  Kaufer, D. I., Hinkin, C. H., Kalechstein, A., Smushkovich, E., & Cummings, J. (1995). Frontal-subcortical syndrome with Arnold-Chiari malformation: response to fluoxetine. Presented at the seventh annual American Neuropsychiatric Association, Pittsburgh, PA.

8.  Kalechstein, A. (1996). Invited Address: Theoretical and practical Applications of neuropsychological assessment. Workshop presented to the Graduate Division of the UCLA School of Nursing.

9.  Kalechstein, A. (1996). Invited Address: Fundamentals of neuropsychology: Who is appropriate for neuropsychological assessment. Workshop presented to the Case Management Division of the AIDS Project Los Angeles.

10. Kalechstein, A. (1996). Invited Address: Neuropsychological manifestations of HIV-infection. Workshop presented to the Treatment Education Division of the AIDS Project Los Angeles.

11. Kalechstein, A. (1996). Invited Address: Neuropsychiatric manifestations of HIV-1 infection and opportunistic infections. Workshop presented to the Treatment Education Division of the AIDS Project Los Angeles.

12. Kalechstein, A., Hinkin, C., van Gorp, W., Castellon, S., & Satz, P. (1996). The effects of depression on episodic and procedural memory in HIV-infected persons. Presented at the 24th Annual Meeting of the International Neuropsychological Society.

13. Hinkin, C. H., Castellon, S. A., Wood, S., & Kalechstein, A. D. (1997). Cognitive slowing in HIV-1 Infection. Presented at the 25th Annual Meeting of the International Neuropsychological Society.

14. Kalechstein, A. D., Hinkin, C. H., Stenquist, P., van Gorp, W. G., Satz, P. et al. (1997). Disease severity versus demographic characteristics as predictors of neuropsychological dysfunction in HIV-infected patients. Presented at the 25th Annual Meeting of the International Neuropsychological Society.

15. Kalechstein, A. D., Longshore, D., Anglin, M. D., Hinkin, C. H., Simon, S., Ling, W. (1997). Psychiatric comorbidity of methamphetamine dependence. Presented at the 49th Annual Meeting of the College on Problems of Drug Dependence.

16. Hinkin, C. H., Kalechstein, A. D., van Sluis, N., Kucukasci, S., Castellon, S., Simon, S., & Ling, W. (1997). Methamphetamine abuse and reaction time deficits: a preliminary report. Presented at the 17th Annual Meeting of the National Academy of Neuropsychology.

17. Evans, T., Kalechstein, A. D., Hinkin, C. H., van Sluis, N., Kucukasci, S., Castellon, S., Simon, S., & Ling, W. (1997). The relationship between neurocognition and capacity to perform activities of daily living: A preliminary report. Presented at the 17th Annual Meeting of the National Academy of Neuropsychology.

## PRESENTATIONS AND PROFESSIONAL MEETINGS (cont.):

18. Kalechstein, A. D., Hinkin, C. H., van Sluis, N., Kucukasci, S., Castellon, S., Simon, S., & Ling, W. (1998). The neurocognitive sequelae of methamphetamine dependence in current users: A preliminary report. Presented at the 26th Annual Meeting of the International Neuropsychological Society.

19. Kalechstein, A. D., Newton, T. F., Shoptaw, S., Ling, W. (1998). The neuropsychological sequelae of methamphetamine dependence in recently abstinent individuals: A preliminary report. Presented at the 50th Annual Meeting of the College on Problems of Drug Dependence.

20. Kalechstein, A. (1999). Invited Address: Neuropsychiatric manifestations of HIV-1 infection and opportunistic infections. Workshop presented to UCLA CARE Clinic.

21. Kalechstein, A. (2000). Invited Address: Apathy as an underdiagnosed manifestation of HIV-1 infection. Workshop presented to the Los Angeles County Department of Mental Health Task Force on HIV.

22. Kalechstein, A. (2000). Invited Address: Neuropsychiatric manifestations of methamphetamine dependence. Workshop presented at Grand Rounds of the Daniel Freeman Memorial Marina Hospital.

23. Kalechstein, A. (2000). Invited Address: Neuropsychiatric manifestations of methamphetamine dependence. Workshop presented at Grand Rounds of the Daniel Freeman Memorial Marina Hospital, Los Angeles, California.

24. Kalechstein, A. (2000). Invited Address: Use of the Millon Clinical Multiaxial Inventory – III (MCMI-III). Workshop presented at the Office of the Los Angeles Public Defender.

25. Kalechstein, A., Ryan, E., van Gorp, W. G., Newton, T. F., & Duran, S. (2000). Performance on neurocognitive tests predicts vocational functioning: A meta-analytic review. (Presented at the 108th Annual Meeting of the American Psychological Association).

26. Kalechstein, A., & Wood, S. (2000). Invited Address: Competency Assessments in Geriatric Clients. Workshop presented at Centinela Hospital, Los Angeles, California.

27. Kalechstein, A., & Wood, S. (2000). Invited Address: Competency to Consent to Medical Treatment: A Neuropsychological Approach. Workshop presented at Centinela Hospital.

28. Kalechstein, A. (2001). Invited Address: Applications of Neuropsychological Assessment in a Forensic Setting. Presented at Scripps College in Claremont, CA.

29. Newton, T., A., Kalechstein, A., Uslaner, J. M., Tervo, K. E., & Ling, W. (2001). Risperidone reduces the euphorigenic effects of experimentally administered cocaine. Presented at the 53rd Annual Meeting of the College on Problems of Drug Dependence.

## PRESENTATIONS AND PROFESSIONAL MEETINGS (cont.):

30. Newton, T. F., Kalechstein, A. D., & Tervo, K. E., & Ling, W. (2001). Irritability following abstinence from cocaine predicts euphoric effects of cocaine administration. Presented at the 53rd Annual Meeting of the College on Problems of Drug Dependence.

31. Newton, T., A., Kalechstein, A., Uslaner, J. M., & Ling, W. (2001). Cocaine induced "Liking" and "Wanting" are dissociable constructs: A test of incentive salience theory in humans. Presented at the 53rd Annual Meeting of the College on Problems of Drug Dependence.

32. Newton, T. F., Kalechstein, A. D., Hooper, K. B., & Ling, W. (2001). TheD2/5-HT2A antagonist risperidone blunts cocaine-induced craving for cocaine. Presented at the 53rd Annual Meeting of the College on Problems of Drug Dependence.

33. Kalechstein, A.D., Newton, T. F., & Leavengood, A.H. (2001). Apathy syndrome in cocaine dependence. Presented at the 53rd Annual Meeting of the College on Problems of Drug Dependence.

34. Kalechstein, A. D., Newton, T. F., van Gorp, W. G., & Rubenstein, N. (2001). A meta-analytic review of the neurocognitive impairment associated with cocaine dependence. Presented at the 53rd Annual Meeting of the College on Problems of Drug Dependence.

35. Newton, T. F., Dertina, D., Kalechstein, A. D., VanSluis, N., Hooper, K. B., & Ling, W. (2001). Intensity of Recent Cocaine Use Predicts Cocaine Induced Craving for Cocaine. Presented at the 80th Annual Meeting of the Society for Neuroscience.

36. Stote, D. L., Newton, T. F., Kalechstein, A. D., and Roll, J. M. (2002). Is Priming by Cocaine Context-Dependent? Presented at the 54th Annual Meeting of the College on Problems of Drug Dependence.

37. Duran, S. D., Callahan, E., Newton, T. F.,Kalechstein, A. D., Twitchell, G., Davis, M., Steinberger, D., & Monroy, F. (2002). Characterizing Withdrawal for Methamphetamine Dependence Using Two Self-report Measures: Preliminary Analysis. Presented at the 54th Annual Meeting of the College on Problems of Drug Dependence.

38. Newton, T. F., Cook, I. A., Kalechstein, A. D., Duran, S. D., Monroy, F., Ling, W., & Leuchter, A. F. (2002). Quantitative EEG Abnormalities in Recently Abstinent Methamphetamine Dependent Individuals. Presented at the 54th Annual Meeting of the College on Problems of Drug Dependence.

39. Twitchell, G.R., Davis, M. R., Williams, E. M., Kalechstein, A. D., & Newton, T. F. (2002). Mood impairment in MDMA users: A meta-analytic review. Presented at the 54th Annual Meeting of the College on Problems of Drug Dependence.

## PRESENTATIONS AND PROFESSIONAL MEETINGS (cont.):

40. Kalechstein, A. D., & Rosenberg, J. E. (2002). Invited Address: Toward a Better Understanding of the IME Process from the Perspective of the Examiner. Presented at the 93rd Meeting of the International Claim Association, Santee Beach, Florida.

41. Kalechstein, A. D., Newton, T. F., Nestor, L., Cook, I. A., Leuchter, A. F. (2003). Quantitative EEG Abnormalities are Associated with Memory Impairment in Methamphetamine Dependence: Preliminary Findings. Presented at the 55th Annual Meeting of the College on Problems of Drug Dependence.

42. Kalechstein, A. D. (2003). Invited Address: Identifying the Benefits of Neuropsychological Assessment (Part 1). Presented at monthly rounds of Telecare Corporation, Long Beach, California.

43. Kalechstein, A. D. (2003). Invited Address: Identifying the Benefits of Neuropsychological Assessment (Part 2). Presented at monthly rounds of Telecare Corporation, Long Beach, California.

44. Kalechstein, A. D. (2003). Invited Address: Neuropsychological Assessment of Psychiatric Disorders. Presented at weekly training for psychiatry residents at Cedars-Sinai Hospital.

45. Kalechstein, A. D. (2003). Invited Address: Identifying the Benefits of Neuropsychological Assessment for Estate Planning Purpose. Presented at monthly meeting for the San Gabriel Valley Fiduciary Group.

46. Abernathy, M. A., & Kalechstein, A. D. (2004). Psychotropic drugs: What they are and when we need dementia authority. Presented at the annual meeting of the Professional Fiduciary Association of California.

47. Kalechstein, A. D., Newton, T. F., De La Garza, R., & Mahoney, J. (2004). A Meta-analytic Review of the Association between Neuropsychological Functioning and Recreational MDMA Use. Presented at the 75th Annual Meeting of the Society for Neuroscience.

48. Cutting, D., Newton, T. F., Kalechstein, A. D., De La Garza, R., & Ling, W. (2004). Apathy Predicts Cocaine-Induced Craving. Presented at the 75th Annual Meeting of the Society for Neuroscience.

49. Kalechstein, A. D. (2005). Invited Address: Neurocognitive impairment as a core symptom of addiction: Implications for treatment. Presented at weekly meeting of the UCLA Addiction Clinic.

50. Kalechstein, A. D., Newton, T. F., & De La Garza, R., II. (2005). Acute methamphetamine exposure worsens neurocognitive functioning. Presented at the 57th Annual Meeting of the College on Problems of Drug Dependence.

Curriculum vitae: Ari Kalechstein, Ph.D.
Date: 08/25/2022
Page: 18

## PRESENTATIONS AND PROFESSIONAL MEETINGS (cont.):

51. Newton, T. F., Kalechstein, A. D., De La Garza, R., II, Cutting, D. J., & Ling, W. (2005). Acute methamphetamine exposure worsens neurocognitive functioning. Presented at the 57th Annual Meeting of the College on Problems of Drug Dependence.

52. Mahoney, J. J., III, Kalechstein, A. D., De La Garza, R., II, & Newton, T. F. (2005). A meta-analytic review of cocaine-induced craving. (Presented at the 57th Annual Meeting of the College on Problems of Drug Dependence).

53. Fong, T., Newton, T. F., Roache, J. D., Kalechstein, A. D., De La Garza, R., II, Wallace, C., Dawes, M., Bloch, D., Holmes, T., Elkashef, A. & Ling, W. (2005). The subjective effects of intravenous methamphetamine during treatment with bupropion. (Presented at the 57th Annual Meeting of the College on Problems of Drug Dependence).

54. De La Garza, R., Kalechstein, A. D., II, Nestor, L., & Newton, T. F. (2005). A dissociation of the subjective and cardiovascular effects produced by cocaine or methamphetamine in stimulant-addicted patients. Presented at the 57th Annual Meeting of the College on Problems of Drug Dependence.

55. Kalechstein, A. (2005). Invited Address: Forensic neuropsychology: A case presentation. Presented at Scripps College in Claremont, CA.

56. Kalechstein, A. D., De La Garza, R., II, & Newton, T. F. (2006). Effects of Bupropion SR on neurocognition in volunteers with methamphetamine. Presented at the 58th Annual Meeting of the College on Problems of Drug Dependence.

57. Newton, T. F., De La Garza, R., II, & Kalechstein, A. D. (2006). Methamphetamine– or cocaine–induced craving: Cause or consequence of frequent drug use? Presented at the 58th Annual Meeting of the College on Problems of Drug Dependence.

58. Jackson, B. J., Kalechstein, A. D., De La Garza, R., II, Harrison, L., Franco, Z., & Newton, T. F. (2006). An evaluation of the effects of rivastigmine on neurocognition in methamphetamine – dependent volunteers. Presented at the 58th Annual Meeting of the College on Problems of Drug Dependence.

59. Kalechstein, A. D. (2006). Invited Address: Me and my R21: Some suggestions for future gransmen. Presented at the David Geffen School of Medicine, Semel Institute for Neuroscience and Human Behavior, Psychiatry Fellowship.

60. Kalechstein, A. D. (2006). Invited Address: Are Methamphetamine–Associated Neurocognitive Impairments Reversible? Presented at the Seminar for Addiction Psychiatry at the David Geffen School of Medicine, Semel Institute for Neuroscience and Human Behavior, Psychiatry Fellowship.

61. Kalechstein, A. D. (2006). Invited Address: The Benefits of Screening for Memory Deficits. Presented at Senior Concerns, Thousand Oaks, CA, on National Memory Screening Day.

## PRESENTATIONS AND PROFESSIONAL MEETINGS (cont.):

62.  Kalechstein, A. D. (2006).  Invited Address: Neurocognition impairment and pathological gambling: Integration of assessment protocols into epidemiological research designs.  Presented at Conference for Advancing Prevalence Studies on Gambling Problems:  International and Interdisciplinary Experiences with Theory, Measurement, Design and Analysis.

63.  Kalechstein, A. D. (2006).  Invited Address: A day in the life of a neuropsychologist. Presented at the Fiat Lux Seminar for UCLA freshmen at the David Geffen School of Medicine, Semel Institute for Neuroscience and Human Behavior, Psychiatry Fellowship.

64.  Kalechstein, A. D., and J. Monterosso (2007).  Invited Address: The importance cognitive in relapse to methamphetamine.  Presented at the weekly meeting for the P20 Center for translational research at the David Geffen School of Medicine, Semel Institute for Neuroscience and Human Behavior.

65.  Kalechstein, A. D., & Jentsch, J. D. (2007).  Symposium Moderators. Stimulant– Associated Cognitive Abnormalities: Mechanisms and Impact on Reward-Related Behavior and Addiction.  Presented at the 59th Annual Meeting of the College on Problems of Drug Dependence.

66.  Kalechstein, A. D., De La Garza, R., II, Newton, T. F. (2007).  Does pretreatment with modafinil reverse methamphetamine – associated neurocognitive impairment? Presented at the 59th Annual Meeting of the College on Problems of Drug Dependence.

67.  Kenny, C., Evans, S. E.,  De La Garza, R., II, Gunnia, G. G., Kalechstein, A. D., and Newton, T. F. (2007).  Self-perceived explanations for drug use and relapse among methamphetamine-addicted volunteers.  Presented at the 59th Annual Meeting of the College on Problems of Drug Dependence.

68.  Costello, M. A., De La Garza, R., II, Hurley, C. C., Fintzy, R. F., Kalechstein, A. D., and Newton, T. F.  (2007).  Unrestricted access to methamphetamine in the past is associated with increased use of methamphetamine in the present.  Presented at the 59th Annual Meeting of the College on Problems of Drug Dependence.

69.  Mahoney, J. J., De La Garza, R., II, Yurovsky, B. C., Dillon, D. D., Kalechstein, A. D., and Newton, T. F. (2007).  An analysis of the prevalence and persistence of psychotic behaviors in cocaine- vs. methamphetamine–dependent participants.  Presented at the 59th Annual Meeting of the College on Problems of Drug Dependence.

70.  Kalechstein, A. D. (2007).  Invited Address: "Impaired Cognition as a Legal Defense for Heinous Crimes - My Brain Made Me Do It!"  Presented at Dinner with the Doctor seminar for UCLA students.

## PRESENTATIONS AND PROFESSIONAL MEETINGS (cont.):

71. Jackson, B. J., Culbertson, C., Kalechstein, A. D., De La Garza, R., II, and Newton, T. F. (2008). Acute modafinil administration does not improve cognitive function in abstinent methamphetamine dependent individuals. Presented at the 59th Annual Meeting of the College on Problems of Drug Dependence.

72. Kalechstein, A. D. (2008). Applications of neuroscience for the purpose of explaining the behavior of pathological gamblers. Presented at the 25th meeting of the National Conference on Problem Gambling, Long Beach, California.

73. Kalechstein, A. D. (2008). Invited address: How neuropsychological assessment can make your life easier. Presented at the weekly rounds for Country Villa staff meeting, Pasadena, California.

74. Kalechstein, A. D. (2008). Invited address: Some commonly occurring problems that affect brain functioning and capacity to drive safely. Presented at the Department of Transportation, State of California.

75. Dean, A. C., London, E. D., Sugar, C.A., Kitchen, C. M., Swanson, A. N., Heinzerling, K. G., Kalechstein, A. D., & Shoptaw, S. (2009). Predicting adherence to treatment for methamphetamine dependence from neuropsychological and drug use variables. Presented at the 61st Annual Meeting of the College on Problems of Drug Dependence.

76. Tzotoris, D. Mahoney, J. J., Kalechstein, A. D., Newton, T. F., and De La Garza, R., II. (2010). Impulsivity + craving = drug use?. Presented at the 62nd Annual Meeting of the College on Problems of Drug Dependence.

77. Haile, C. H., De La Garza, R., II, D. Mahoney, J. J., Kalechstein, A. D., and Newton, T. F. (2010). Theories of addiction: Cocaine users' explanation for continuing drug use and relapse. Presented at the 62nd Annual Meeting of the College on Problems of Drug Dependence.

78. Mahoney, J. J., Hawkins, D., De La Garza, R., II., Kalechstein, A. D., and Newton, (2010). The relationship between gender and psychotic symptoms in cocaine—and methamphetamine—dependent volunteers. Presented at the 62nd Annual Meeting of the College on Problems of Drug Dependence.

79. Tziotoris, D., Mahoney, J. J., III, Kalechstein, A. D., Newton, T. F., & De La Garza, R., II. (2010). Impulsivity + Craving = Drug Use. Presented at the 1st Annual Michael E. DeBakey VA Medical center Mental Health Research Conference.

80. Haile, C. H., De La Garza, R., II, D. Mahoney, J. J., Kalechstein, A. D., and Newton, T. F. (2010). Theories of addiction: Cocaine users' explanation for continuing drug use and relapse. Presented at the 1st Annual Michael E. DeBakey VA Medical center Mental Health Research Conference.

Curriculum vitae: Ari Kalechstein, Ph.D.
Date: 08/25/2022
Page: 21


**PRESENTATIONS AND PROFESSIONAL MEETINGS (cont.)**:

81.  Yoon, J., Kalechstein, A. D.,  Croft, D. E., Ross, E. L., LaBounty, K. R.,  Mahoney, J. J., III, Newton, T. F., De La Garza, R., II. (2011). Effects of D-cycloserine on neurocognition among cocaine-dependent volunteers being treated for cigarette smoking. Paper presented at the annual meeting of the Society for Research on Nicotine and Tobacco, Toronto CANADA.

82.  Mahoney, J.J., III, Kalechstein, A.D., Newton, T.F., Bennett, R., Arnoudse, N., Dao, T.K., De La Garza, R., II. (2012).  The Acetylcholinesterase Inhibitor, Rivastigmine, but not Huperzine A, Improves Verbal Learning/Episodic Memory and Working Memory in Cocaine-dependent Volunteers.  Paper presented at the annual meeting of American College of Neuropsychopharmacology (ACNP), Hollywood, FL.

83.  Mahoney, J.J., III, Kalechstein, A.D., Newton, T.F., Yoon, J. H., Bennett, R., Arnoudse, N., Meyer, R., De La Garza, R., II. (2013). The Acetylcholinesterase Inhibitor, Rivastigmine, but not Huperzine A, Improves Verbal Learning/Episodic Memory and Working Memory in Cocaine-dependent Volunteers. Paper to be presented at the annual meeting of Society for Research on Nicotine and Tobacco (SRNT).

84.  Mahoney, III, J.J., Kalechstein, A.D., Newton, T.F., Yoon, J.H., Bennett, R.S., Arnoudse, N., Meyer, S., De La Garza, II, R. (2013) Cigarette smoking does not affect neurocognition in cocaine- or methamphetamine-dependent individuals. Society for Research on Nicotine and Tobacco, Boston, MA.

85.  Mahoney, III, J.J., Kalechstein, A.D., Verrico, C.D., Iqbal, T., Newton, T.F., De La Garza, II,  R. (2013). The Impact of Cocaine Use Patterns, Demographic and Mood Variables,  and Addiction Severity on Neurocognitive Functioning in Individuals with Cocaine Use Disorders.    Abstract to be presented December 8-12, 2013 at the 52nd annual *American College of Neuropsychopharmacology* meeting in Hollywood, FL.

86.  Mahoney, III, J.J., Kalechstein, A.D., Newton, T.F., Meyer, S., Bennett, R., Chang, L.,De La Garza, II, R.  (2013).  State versus Trait: Evaluating the stability of neurocognitive functioning over time in cocaine-dependent participants. (2013, June). College on Problems of Drug Dependence, San Diego, CA.

87.  Kalechstein, A.D., Mahoney, III, J.J., Verrico, C.D., Iqbal, T., De La Garza, II, R. (2014).  Varenicline improves information processing speed and verbal memory in methamphetamine (METH)-dependent participants.  Poster to be presented at the annual meeting of the College on Problems of Drug Dependence, San Juan, Puerto Rico, June, 2014.

88.  Mahoney, III, J.J., Kalechstein, A.D., Bajo, S., Reno, A., De Marco, A., Broshek, D., Newton, T.F., De La Garza, II, R. (2015). The Impact of Premorbid IQ on Cognitive Functioning in Individuals with a Cocaine Use Disorder. International Neuropsychological Society, Denver, CO.

## PRESENTATIONS AND PROFESSIONAL MEETINGS (cont.):

89.  Kalechstein, A. D. (2016).  Invited address: Fundamental of neuropsychological assessment.  Presented at Daniels, Fine, Israel, Schobuch, & Lebovits.

90.  Kalechstein, A. D. (2016).  Invited address: Fundamental of neuropsychological assessment.  Presented at Veatch Carlson.

91.  Mahoney, III, J.J., Kalechstein, A.D., Salas, R., Thompson-Lake, D., Bajo, S.D., Aduen, P., & De La Garza, II, R. (2016).  Cognitive functioning in Cigarette-Deprived Smokers.  Presented at the 44th Annual Meeting of the International Neuropsychological Society, February, 2016.

92.  Mahoney, III, J.J., Kalechstein, A.D., Bajo, S.D., Aduen, P., Newton, T.F., & De La Garza, II, R.  (2016).  The impact of comorbid drug use and cocaine use patterns on cognitive functioning in individuals with cocaine use disorders.  Presented at the 44th Annual Meeting of the International Neuropsychological Society, February, 2016.

## RESEARCH ACTIVITY:

Former investigator for the Human Neuropharmacology Unit at Baylor College of Medicine: Prior research projects:

1. Effect of cocaine methamphetamine on striatal dopamine functioning, serotonergic function, brain structure, and neuropsychological functioning.

2. Changes in neuropsychological functioning following administration of pharmaceutical interventions in stimulant dependent individuals.

3. Neuropsychological correlates of experimental manipulation of neurotransmitter levels in normal controls and stimulant dependent individuals.

4. Neuropsychological correlates of treatment outcome in stimulant dependent individuals.

Research assistant at Emory University   Department of Neurology

Aided in the implementation of a longitudinal study (NIDRR grant: H133G30051) examining the neurobehavioral sequelae of closed head injury in a sample of adults aged 50 and older.

Doctoral dissertation (completed 2/95)

Examined relationship between social learning theory constructs and various achievement outcomes.  Dissertation Chair: Stephen Nowicki, Jr., Ph.D.

## CLINICAL TRAINING:

UCLA NEUROPSYCHIATRIC INSTITUTE                    Los Angeles, CA

*Postdoctoral Fellowship in Neuropsychology* (9/95 to present): Training objectives include advanced understanding of neuropsychological theory and application within medical, legal, and community settings. Cases referred include traumatic brain injury, cerebrovascular accidents, cortical and subcortical dementia, HIV-1 infection, affective disorders, substance abuse, seizure disorders, psychosis, learning disabilities, forensic issues, and Axis II disorders.

AIDS Project Los Angeles                    Los Angeles, CA

*Neuropsychology Program Coordinator* (11/95 to present): Developed referral network from groups within agency as well as other AIDS-service agencies within the community, provided in-service presentations to various groups within APLA, coordination and tracking of performance by neuropsychology team, liaison between UCLA and APLA, evaluation of clients.

VA MEDICAL CENTER, WEST LOS ANGELES          Los Angeles, CA

*Neuropsychology/Neurobehavior Rotation* (9/94 to 3/94): Developed skills to formulate testing protocols to answer particular referral questions, proficiency at patient interviews and test administration, and the skills to integrate the interview and testing data into a report with recommendations for the referral source. Cases commonly referred to laboratory include cerebrovascular accidents, cortical and subcortical dementia, AIDS-dementia complex, head injury, affective disorders, seizure disorders, psychosis, dual diagnosis, and Axis II disorders.

VA MEDICAL CENTER, WEST LOS ANGELES          Los Angeles, CA

*Forensic Psychology Rotation* (3/95 to 9/95): Training focused on the integration between legal and psychological issues, development of the skills to testify at criminal and civil hearings, to conduct forensic interviews, to assess patient competency (PC 1370) and insanity at the time of an offense (PC 1026) due to psychosis, substance abuse, dual diagnosis, malingering, neurologic disorders, and Axis II disorders.

PATTON STATE HOSPITAL                         Highland, CA

*Forensic Psychology Rotation* (3/95 to 9/95): Training focused on forensic issues in criminal proceedings. Referral questions include patient competency (PC 1370) and insanity at the time of an offense (PC 1026) due to psychosis, substance abuse, dual diagnosis, neurologic disorders, and Axis II disorders.

**CLINICAL TRAINING (cont.)**:

EMORY UNIVERSITY (GRADY HOSPITAL)    Atlanta, GA

 *Psychology Extern*: (2/91-5/91): Administered and scored tests; prepared written reports and provided test feedback to patients on the locked unit with severe psychiatric disorders (Room 800-B); reports conceptualized using a psychodynamic framework.

EMORY UNIVERSITY PSYCHOLOGY CENTER   Atlanta, GA

 *Psychology Extern*: (9/90 to 12/90; 5/91 to 5/94):

  *Assessment*: Conducted child, adolescent, and adult testing and interviews; Administered and scored tests; prepared written reports and provided test feedback to clients. Reports were conceptualized within a neuropsychological framework and/or problem oriented framework; Other types of testing experience include personality and vocational testing: Referral questions included IQ and/or achievement assessment; differential diagnosis of learning disabilities and emotional dysfunction; comprehensive assessment of neuropsychological factors associated with learning disabilities.

EMORY UNIVERSITY PSYCHOLOGY CENTER   Atlanta, GA

 *Individual Psychotherapy*: Provided weekly or twice-weekly sessions with short- and long-term community clients; prepared initial evaluation summaries, progress notes, and termination and transfer summaries. Presenting problems include affective disorders, anxiety disorders, adjustment disorders, personality disorders, suicidal ideation, and relationship difficulties. Supervision in Sullivanian interpersonal, psychodynamic, cognitive-behavioral, and systems approaches.

**TEACHING EXPERIENCE**:

 *Co–instructor (Spring 2007)*: A Translational Approach to Investigating the Neurobiological Basis of Drug Addiction. The proposed course will cover major topics in drug addiction by emphasizing the use of animal models to understand human addiction, and to disclose how findings derived from human studies can be used to expand the development of animal models.

 *Seminar Instructor (1/95)*: Conducted seminar to train advanced clinical psychology students from UCLA on the administration of the Rorschach Inkblot Test.

 *Graduate Teaching Assistant*: Introductory Statistics (8/91 -12/91): Prepared lectures; reviewed coursework with students in class and on an individual basis; assisted in preparation and scoring of exams.