1  SUE FAHAMI
   Acting United States Attorney
2  District of Nevada
   Nevada Bar No. 5634
3
   SUMMER A. JOHNSON
4  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
5  Las Vegas, Nevada 89101
   Telephone: 702-388-6336
6  summer.johnson@usdoj.gov

7  *Attorneys for the United States*

8
                    **UNITED STATES DISTRICT COURT**
9                        **DISTRICT OF NEVADA**

10 
                                              | Case No.: 2:21-cv-00296-APG-BNW
11  Lucille Lagasse, as Guardian for Harry    |
    Michael Reid; and, Lucille Lagasse,       | **STIPULATION AND ORDER FOR**
12                                             | **DISMISSAL WITH PREJUDICE**
               Plaintiff,
13
       v.
14
    The United States of America; DOE
15  Individuals I-X; and, ROE Entities I-X,
    inclusive,
16             Defendants.

17     IT IS HEREBY STIPULATED by and between the Plaintiffs, Lucille Lagasse, as

18  Guardian for Harry Michael Reid; and, Lucille Lagasse, by and through their undersigned

19  counsel of record, and Defendant, United States of America, by and through its

20  undersigned attorneys, that the above-entitled matter be dismissed with prejudice.

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Each party will bear their own costs and attorney's fees. The Clerk of Court may close this case.

Respectfully submitted this 6th day of February 2025.

Dated this 6th day of February, 2025

CLOSE LAW GROUP

/s/ *Jason A. Close*
JASON A. CLOSE, ESQ.

*Attorney for Plaintiffs*

Dated this 6yh day of February, 2025

EGLET LAW

/s/ *Robert T. Eglet*
ROBERT T. EGLET, ESQ.
ASHLEY E. KABINS, ESQ.
MAGGIE A. DIFEDERICO, ESQ.

*Attorneys for Plaintiffs*

Dated this 6th day of February, 2025

SUE FAHAMI
Acting United States Attorney

/s/ *Summer A. Johnson*
SUMMER A. JOHNSON
Assistant United States Attorney

*Attorneys for Defendant*

**IT IS SO ORDERED**.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATE: February 7, 2025